1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

CHRISTOPHER M. POE,

12

Plaintiff,

13

v.

14

ATTORNEY GENERAL'S OFFICE, *et al.*,

15

16

Defendants.

Case No.  1:23-cv-00696-BAM (PC)

ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA

17      Plaintiff Christopher M. Poe ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this

18  civil rights action pursuant to 42 U.S.C. § 1983.  (ECF No. 1.)  Plaintiff did not pay the filing fee

19  or file an application to proceed *in forma pauperis*.

20      The federal venue statute requires that a civil action, other than one based on diversity

21  jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

22  defendants are residents of the State in which the district is located, (2) a judicial district in which

23  a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part

24  of the property that is the subject of the action is situated, or (3) if there is no district in which an

25  action may otherwise be brought as provided in this section, any judicial district in which any

26  defendant is subject to the court's personal jurisdiction with respect to such action."  28 U.S.C.

27  § 1391(b).

28  ///

1    In his complaint, Plaintiff names as defendants the Attorney General's Office and the

2  Warden for the California Medical Facility in Vacaville, California.[1]  As Plaintiff names

3  defendants that appear to reside in Solano County, which is part of the Sacramento Division of

4  the United States District Court for the Eastern District of California, the complaint should have

5  been filed in the Sacramento Division.

6    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

7  court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

8  will be transferred to the Sacramento Division.

9    Good cause appearing, IT IS HEREBY ORDERED that:

10    1.   This action is transferred to the United States District Court for the Eastern District of

11        California sitting in Sacramento; and

12    2.   All future filings shall refer to the new Sacramento case number assigned and shall be

13        filed at:

14            United States District Court
            Eastern District of California
15            501 "I" Street, Suite 4-200
            Sacramento, CA 95814
16

17  IT IS SO ORDERED.

18

19  Dated:   **May 9, 2023**            /s/ *Barbara A. McAuliffe*
20                             UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also appears to allege violations of his civil rights that took place in Lancaster, California, but the allegations in the complaint are difficult to decipher.

2